UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY G. PHILLIPS,<br><br>           Petitioner,<br><br>     vs.<br><br>COWLITZ COUNT SUPERIOR COURT,<br><br>           Respondent. | NO.  CV-10-417-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON** |

   Magistrate Judge Imbrogno filed a Report and Recommendation on December 1, 2010, recommending Mr. Phillips's habeas corpus petition be transferred to the Western District of Washington.  There being no objections, the Court **ADOPTS** the Report and Recommendation.

   Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. No determination has been made regarding Petitioner's request to proceed without pre-payment of fees.

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed to forward this file with a copy of this

ORDER ADOPTING REPORT AND RECOMMENDATION & TRANSFERRING PETITION -- 1

Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this ___20th___ day of December 2010.

                        S/ Edward F. Shea
                          EDWARD F. SHEA
                  United States District Judge

Q:\Civil\2010\10cv417ci-12-17-adptrwdwa.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION & TRANSFERRING PETITION -- 2